450 F.2d 1159
 NEW JERSEY LIFE INSURANCE COMPANY, Plaintiff-Counterclaim
Defendant and Third-Party Plaintiff-Appellant,
v.
Edith STADLER and Gerald Robbins, Defendants and
Counter-Claimants, and Joseph G. EHRLICH and M.
Lawrence Barbernell, Third-Party
Defendants-Appellees.
 No. 31148.
 United States Court of Appeals,
Fifth Circuit.
 Nov. 30, 1971.
 
 James L. Armstrong, III, Miami, Fla., for appellant.
 Alfred M. Carvajal, Miami, Fla., for M. Lawrence Barbernell.
 Edward S. Corlett, III, Donald L. Lacy, Miami, Fla., for Joseph G. Ehrlich.
 Before GEWIN, GOLDBERG and DYER, Circuit Judges.
 PER CURIAM:
 
 Affirmed. See Local Rule 21.[1]
 
 
 [1]
 See NLRB v. Amalgamated Clothing Workers of America, 5 Cir. 1970, 430 F.2d 966